IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT WESTPHAL,

        Plaintiff,

v.

ED'S MUFFLERS UNLIMITED, INC.,
and JANET KAYSER JOHNSON,

        Defendants.

No. 3:17-cv-00299-YY

JUDGMENT

HERNÁNDEZ, District Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that Plaintiff Robert Westphal recover from Defendant Ed's Mufflers Unlimited, Inc., $20,981.82 in damages for the FLSA minimum-wage claim, $14,798.88 in damages for the FLSA overtime claim, and $14,186.48 in damages for the fraudulent information returns claim, along with $9,352.50 in attorney's fees, $1,667.25 in paralegal fees, and $616.22 in costs.

    DATED this **18** day of **September**, 2018.

                                      MARCO A. HERNÁNDEZ
                                    United States District Judge

1 - JUDGMENT